[No. 38366-3-I.    Division One.    February 9, 1998.]

ROBERT SYPUTA, *Appellant*, v. DRUCK, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 94-2-15651-9, Peter Jarvis, J., entered March 15, 1996. *Remanded* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Ellington, J. Now published at 90 Wn. App. 638.


[No. 38431-7-I.    Division One.    February 9, 1998.]

TRADEWELL GROUP, INC., ET AL., *Appellants*, v. THE CITY OF SEATTLE, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 95-2-12947-1, Jim Bates, J., entered March 26, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Becker, J.


[No. 38922-0-I.    Division One.    February 9, 1998.]

JOHN MACUK, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 95-2-28644-5, George A. Finkle, J., entered June 6, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Agid, JJ.


[No. 39239-5-I.    Division One.    February 9, 1998.]

DOROTHY CAPERS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 95-2-28290-3, Carol A. Schapira, J., entered June 9, 1996. *Affirmed* by unpublished per curiam opinion.